(42 South. 721.)

No. 16,403.

STATE v. ANDERSON.

(Jan. 7, 1907.)

CRIMINAL LAW—APPEAL—REVIEW.

Where no brief is filed and no appearance made by appellant in a criminal case, and the record discloses no bill of exception, no motion in arrest of judgment, and no assignment of error, and no errors are patent on the face of the record, judgment will be affirmed.

(Syllabus by the Court.)

Appeal from Twenty-Fifth Judicial District Court, Parish of Tangipahoa; Clay Elliott, Judge.

Sim Anderson was convicted of crime, and appeals. Affirmed.

Reid, Purser & Reid, for appellant. Walter Guion, Atty. Gen., and Robert Stephen Ellis, Dist. Atty. (Lewis Guion, of counsel), for the State.

NICHOLLS, J. No brief was filed, nor appearance made, in this court on behalf of the appellant. The state asks that the judgment be affirmed on the ground that there was no bill of exception taken, no motion in arrest filed, and an inspection of the record will show no error. An examination of the record discloses that there is no ground for reversing the judgment appealed from. It is therefore hereby affirmed.